(December 12, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
HERBERT LINCOLN, Appellant. — Application by appellant for
permission to proceed as a poor person and for assignment of
counsel on appeal from so much of an order which dismissed an
indictment with leave to resubmit the case to the Grand Jury
and continued the bail previously fixed. Application denied on
the ground that there is no statutory authority for an appeal
from such order. Mahoney, P. J., Kane, Weiss, Yesawich, Jr.,
and Levine, JJ., concur.

(December 13, 1984)

■ In the Matter of the Claim of ARNOLD PEASE, Respondent, v
ANCHOR MOTOR FREIGHT, INC., et al., Appellants. WORKERS'
COMPENSATION BOARD, Respondent. — Appeals from decisions of
the Workers' Compensation Board, filed January 19, 1983 and
September 22, 1983.

These appeals from interlocutory decisions of the board, which
neither decide all substantive issues nor involve a threshold
legal issue, must be dismissed (*Matter of Taylor v Gold & Son*,
105 AD2d 494).

Appeals dismissed, with costs to the Workers' Compensation
Board. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ.,
concur.